BOLAN JAHNSEN DACEY
Attorney ID #035001990
830 Broad Street, Suite 4
Shrewsbury, NJ 07702
(732) 212-1200
Attorneys for Respondents, JMN Enterprises, Inc.
Michael Nitti, Individually, and Jacqueline Nitti, Individually

RECEIVED
MAY 24 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| WILLIAM WALSH, | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| Claimant, | |
| vs. | CIVIL ACTION NO. 3:17-cv-05825-BRM-DEA |
| JMN ENTERPRISES, INC., | **Civil Action** |
| MICHAEL NITTI, Individually and | |
| JACQUELINE NITTI, Individually, | |
| Respondents. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed with prejudice and without costs against either party.

BOLAN JAHNSEN DACEY                     JAFFE GLENN LAW GROUP, P.A.

By: /s/ Thomas R. Walters          By:   /s/ Andrew I. Glenn
    THOMAS R. WALTERS                    ANDREW I. GLENN
    Attorneys for Respondents            Attorneys for Claimant

Dated: May 22, 2018

It is so ordered this 24th day of May, 2018.

Brian R. Martinotti, U.S.D.J.